# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 09-2217

_____

Lance Phillip Wickner,      *
     *
     Appellant,      *
     *  Appeal from the United States
     v.      *  District Court for the
     *  District of Minnesota.
Mike Green; Steve Ayers;      *
Kent Grandlienard; Mark Thielen, in      *  [UNPUBLISHED]
their individual and official capacities,      *
     *
     Appellees.      *

_____

Submitted: February 3, 2010
Filed: February 8, 2010

_____

Before MELLOY, BOWMAN, and SMITH, Circuit Judges.

_____

PER CURIAM.

Minnesota inmate Lance Phillip Wickner challenges the order of the District Court[1] granting summary judgment to the Minnesota Department of Corrections defendants, appellees here, in his suit under 42 U.S.C. § 1983. Having carefully reviewed the record and considered Wickner's arguments, we find no basis for reversal. See Murphy v. Mo. Dep't of Corr., 372 F.3d 979, 982 (8th Cir.) (de novo

_____

[1]The Honorable Donovan W. Frank, United States District Judge for the District of Minnesota.

standard of review), <u>cert. denied</u>, 543 U.S. 991 (2004).  Accordingly, we affirm the District Court's judgment.

_____